UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD B. REILING, JR., <br><br> Plaintiff, <br><br> v. <br><br> MATRIX WARRANTY SOLUTIONS, INC., <br><br> Defendant. | Civil Action No.: 1:21-CV-10354-RGS |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses this action with prejudice and without costs to either party.  The defendant has not served either an answer to the complaint or a motion for summary judgment.

DATED:   July 22, 2021                                         **PASTOR LAW OFFICE, LLP**

/s/ David Pastor
David Pastor (BBO#391000)
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone:  617-742-9700
Facsimile:  617-742-9701
Email:  dpastor@pastorlawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 22, 2021.

/s/ David Pastor_____
David Pastor